UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Timothy P. Neumann, Esq. [TN6429]
BROEGE, NEUMANN, FISCHER & SHAVER, LLC
25 Abe Voorhees Drive
Manasquan, New Jersey 08736
Tel: (732) 223-8484
Email: tneumann@bnfsbankruptcy.com

*Attorneys for Creditor and Party-in-Interest*
*Wrazen Homes, LLC*

In Re:

**Louis A. Koehler, IV,**

    Debtor.

CASE NO.: 23-13873/MBK

CHAPTER 13

# NOTICE OF APPEARANCE AND
# REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that the undersigned, subject to the limitations and conditions set forth hereafter, appears for Wrazen Homes, LLC, a creditor and party-in-interest in the above-captioned case.

PLEASE TAKE FURTHER NOTICE that, pursuant to § 1109(b) of the Bankruptcy Code and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure, the undersigned requests that all pleadings, documents and notices (including, without limitation, not only those pleadings, documents, and notices referred to in Bankruptcy Rule 2002, but also any orders, applications, motions, petitions, requests, complaints, answers, replies, schedules of assets or liabilities, statements of financial affairs, operating reports, plans of reorganization, disclosure statements or demands, whether formal or informal, whether written or oral, and whether transmitted or

conveyed by mail, hand delivery, telephone, facsimile, e-mail or otherwise) filed, given, or to be given in the above-captioned case(s) be given and served upon:

TIMOTHY P. NEUMANN, ESQ.
BROEGE, NEUMANN, FISCHER & SHAVER, LLC
25 Abe Voorhees Drive
Manasquan, New Jersey 08736
Email: tneumann@bnfsbankruptcy.com
Tel (732) 223-8484; ext. 214

PLEASE TAKE FURTHER NOTICE that neither this notice, any subsequent appearance (by pleading or other document or statement in court), nor any participation in or in connection with the above-captioned case(s) is intended to be, or shall be construed as a consent to the exercise by the Bankruptcy Court of personal jurisdiction over Wrazen Homes, LLC, or a waiver of: (i) the right to have final orders in non-core matters entered only after review *de novo* by a District Court judge; (ii) the right to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related thereto; (iii) the right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs or recoupments, all of which rights, actions, setoffs, defenses and recoupments are expressly reserved.

**BROEGE, NEUMANN, FISCHED & SHAVER, LLC**
*Attorneys for Wrazen Homes, LLC*

/s/    *Timothy P. Neumann*
       Timothy P. Neumann, Esq.

Date: May 24, 2023