Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

        Case No.:   23−13873−MBK
        Chapter:   13
        Judge:   Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Louis A. Koehler IV
   1279 Coulter Street
   Toms River, NJ 08755

Social Security No.:
   xxx−xx−1147

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:        7/12/23
Time:       10:00 AM
Location:    Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

     An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

     **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: June 15, 2023
JAN: wdr

                                            Jeanne Naughton
                                            Clerk, U. S. Bankruptcy Court