Form 132 − 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 23−13873−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Louis A. Koehler IV
   1279 Coulter Street
   Toms River, NJ 08755

Social Security No.:
   xxx−xx−1147

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:        7/12/23
Time:        10:00 AM
Location:    Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

**If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: June 15, 2023
JAN: wdr

                                    Jeanne Naughton
                                    Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 23-13873-MBK

Louis A. Koehler, IV  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3  User: admin  Page 1 of 2
Date Rcvd: Jun 15, 2023  Form ID: 132  Total Noticed: 21

The following symbols are used throughout this certificate:
**Symbol**  **Definition**

\+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\##  Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 17, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Louis A. Koehler, IV, 1279 Coulter Street, Toms River, NJ 08755-4133 |
| cr | + | Wrazen Homes, LLC, 3062 Wilbur Ave, Manchester, NJ 08759-6023 |
| 519909348 | + | Ocean County Sheriff's Office, 120 Hooper Avenue, Toms River, NJ 08753-7606 |
| 519909351 | + | Wrazen Home LLC, 3062 Wilbur Avenue, Manchester Township, NJ 08759-6023 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 15 2023 21:13:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 15 2023 21:13:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519943601 | | Email/PDF: bncnotices@becket-lee.com | Jun 15 2023 21:16:01 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519909339 | + | Email/PDF: bncnotices@becket-lee.com | Jun 15 2023 21:27:14 | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 519909340 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jun 15 2023 21:11:00 | Bk Of Amer, Po Box 982238, El Paso, TX 79998-2238 |
| 519909341 | + | Email/Text: bankruptcy@cavps.com | Jun 15 2023 21:13:00 | Cavalry Port, 4050 E Cotton Center Blvd, Phoenix, AZ 85040-8861 |
| 519911922 | + | Email/Text: bankruptcy@cavps.com | Jun 15 2023 21:13:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 519922135 | + | Email/Text: mrdiscen@discover.com | Jun 15 2023 21:11:00 | Discover Bank, P.O. Box 3025, New Albany OH 43054-3025 |
| 519909342 | + | Email/Text: mrdiscen@discover.com | Jun 15 2023 21:11:00 | Discoverbank, Po Box 30939, Salt Lake City, UT 84130-0939 |
| 519909343 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 15 2023 21:12:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 519909344 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 15 2023 21:15:41 | Jpmcb Card, Po Box 15369, Wilmington, DE 19850 |
| 519925107 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 15 2023 21:16:23 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 519909346 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 15 2023 21:12:00 | Midland Cred, 320 East Big Beaver, Troy, MI 48083-1271 |
| 519909349 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 15 2023 21:27:06 | Portfolio Rc, 120 Corporate Blvd Ste 100, Norfolk, VA 23502 |

| District/off: 0312-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jun 15, 2023 | Form ID: 132 | Total Noticed: 21 |

| 519922731 | + Email/Text: bankruptcyteam@quickenloans.com | | |
|---|---|---|---|
| | | Jun 15 2023 21:13:00 | Rocket Mortgage, LLC f/k/a Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 519909350 | + Email/Text: bankruptcyteam@quickenloans.com | | |
| | | Jun 15 2023 21:13:00 | Rocket Mtg, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 519909347 | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | | |
| | | Jun 15 2023 21:11:00 | NJ Division of Taxation, Bankruptcy Section, P.O. Box 245, Trenton, NJ 08695 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519909345 | ##+ | KML Law Group PC, Sentry Office Plaza, 216 Haddon Avenue, Suite 406, Westmont, NJ 08108-2812 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 17, 2023                    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 15, 2023 at the address(es) listed below:

**Name** — **Email Address**

Albert Russo
docs@russotrustee.com

Denise E. Carlon
on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

George E Veitengruber, III
on behalf of Debtor Louis A. Koehler IV bankruptcy@veitengruberlaw.com, knapolitano15@gmail.com

Timothy P. Neumann
on behalf of Creditor Wrazen Homes LLC timothy.neumann25@gmail.com, btassillo@aol.com;geoff.neumann@bnfsbankruptcy.com;geoff.neumann@gmail.com

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 5