| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Timothy P. Neumann, Esq. [TN6429]<br>BROEGE, NEUMANN, FISCHER & SHAVER, LLC<br>25 Abe Voorhees Drive<br>Manasquan, New Jersey 08736<br>Tel: (732) 223-8484<br>Email: tneumann@bnfsbankruptcy.com<br><br>*Attorneys for Creditor and Party-in-Interest*<br>*Wrazen Homes, LLC* | |
| In Re:<br><br>**Louis A. Koehler, IV,**<br><br>    Debtor. | CASE NO.: 23-13873/MBK<br><br>CHAPTER 13 |

## JOINDER IN OBJECTION TO CONFIRMATION AND OBJECTION TO CONFIRMATION

    Wrazen Homes, LLC, joins in and adopts the Objection to Confirmation filed on behalf of secured creditor Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. It further objects based upon the fact that it was the successful bidder at a sheriff sale which occurred prior to the Petition Date, more than 60 days has elapsed since the Petition Date, the Debtor has not redeemed, and the Debtor has lost the right to cure the mortgage default. See, <u>11 U.S.C. 108</u> and *In re Connors*, 497 F.3d 314 (3rd Cir. 2007).

                                          **BROEGE, NEUMANN, FISCHED & SHAVER, LLC**
                                          *Attorneys for Wrazen Homes, LLC*

                                          /s/    *Timothy P. Neumann*
                                                 Timothy P. Neumann, Esq.

Date: July 7, 2023