Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 23−13873−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Louis A. Koehler IV
   1279 Coulter Street
   Toms River, NJ 08755

Social Security No.:
   xxx−xx−1147

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 7/13/23.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: July 14, 2023
JAN: wiq

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                          Case No. 23-13873-MBK
Louis A. Koehler, IV                                                                            Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                           User: admin                                      Page 1 of 3
Date Rcvd: Jul 14, 2023                        Form ID: 148                                     Total Noticed: 25

The following symbols are used throughout this certificate:
**Symbol**   **Definition**

+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##           Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 16, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Louis A. Koehler, IV, 1279 Coulter Street, Toms River, NJ 08755-4133 |
| cr | + | Wrazen Homes, LLC, 3062 Wilbur Ave, Manchester, NJ 08759-6023 |
| 519909348 | + | Ocean County Sheriff's Office, 120 Hooper Avenue, Toms River, NJ 08753-7606 |
| 519951584 |   | State of New Jersey, Department of Treasury, Division of Taxation, Bankruptcy Unit, PO Box 245 Trenton, NJ 08695-0245 |
| 519909351 | + | Wrazen Home LLC, 3062 Wilbur Avenue, Manchester Township, NJ 08759-6023 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg |   | Email/Text: usanj.njbankr@usdoj.gov | Jul 14 2023 21:00:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 14 2023 21:00:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519943601 |   | Email/PDF: bncnotices@becket-lee.com | Jul 14 2023 21:13:20 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519909339 | + | Email/PDF: bncnotices@becket-lee.com | Jul 14 2023 21:13:33 | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 519909340 | + | EDI: BANKAMER.COM | Jul 15 2023 00:52:00 | Bk Of Amer, Po Box 982238, El Paso, TX 79998-2238 |
| 519909341 | + | Email/Text: bankruptcy@cavps.com | Jul 14 2023 21:00:00 | Cavalry Port, 4050 E Cotton Center Blvd, Phoenix, AZ 85040-8861 |
| 519911922 | + | Email/Text: bankruptcy@cavps.com | Jul 14 2023 21:00:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 519922135 | + | EDI: DISCOVER.COM | Jul 15 2023 00:52:00 | Discover Bank, P.O. Box 3025, New Albany OH 43054-3025 |
| 519909342 | + | EDI: DISCOVER.COM | Jul 15 2023 00:52:00 | Discoverbank, Po Box 30939, Salt Lake City, UT 84130-0939 |
| 519909343 | + | EDI: IRS.COM | Jul 15 2023 00:52:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 519971099 |   | EDI: JEFFERSONCAP.COM | Jul 15 2023 00:52:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 519909344 |   | EDI: JPMORGANCHASE | Jul 15 2023 00:52:00 | Jpmcb Card, Po Box 15369, Wilmington, DE 19850 |
| 519925107 |   | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 14 2023 21:01:52 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 519909346 | + | Email/Text: bankruptcydpt@mcmcg.com | | |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Jul 14 2023 21:00:00 | Midland Cred, 320 East Big Beaver, Troy, MI 48083-1271 |
| 519956406 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 14 2023 21:00:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 519909349 | | EDI: PRA.COM | Jul 15 2023 00:52:00 | Portfolio Rc, 120 Corporate Blvd Ste 100, Norfolk, VA 23502 |
| 519967184 | | EDI: PRA.COM | Jul 15 2023 00:52:00 | Portfolio Recovery Associates, LLC, c/o LOWES, POB 41067, Norfolk, VA 23541 |
| 519922731 | + | Email/Text: bankruptcyteam@quickenloans.com | Jul 14 2023 21:01:00 | Rocket Mortgage, LLC f/k/a Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 519909350 | + | Email/Text: bankruptcyteam@quickenloans.com | Jul 14 2023 21:01:00 | Rocket Mtg, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 519909347 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Jul 14 2023 20:59:00 | NJ Division of Taxation, Bankruptcy Section, P.O. Box 245, Trenton, NJ 08695 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519909345 | ##+ | KML Law Group PC, Sentry Office Plaza, 216 Haddon Avenue, Suite 406, Westmont, NJ 08108-2812 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 16, 2023          Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 14, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| George E Veitengruber, III | on behalf of Debtor Louis A. Koehler IV bankruptcy@veitengruberlaw.com, knapolitano15@gmail.com |
| Timothy P. Neumann | on behalf of Creditor Wrazen Homes LLC timothy.neumann25@gmail.com, btassillo@aol.com;geoff.neumann@bnfsbankruptcy.com;geoff.neumann@gmail.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

District/off: 0312-3    User: admin    Page 3 of 3
Date Rcvd: Jul 14, 2023    Form ID: 148    Total Noticed: 25
TOTAL: 5